1
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
3
Counsel Designated for Service
801 I Street, 3rd Floor
4
Sacramento, California 95814
Telephone: (916) 498-5700
5

6
Attorneys for Defendant
MARGARITO VIDRO-GONZALEZ
7

8

9
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
10

11

| UNITED STATES OF AMERICA, | No.  Cr. S 11-346 JAM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MARGARITO VIDRO-GONZALEZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable JOHN A. MENDEZ |

17

18
        Defendant, MARGARITO VIDRO-GONZALEZ, by and through his attorney, Assistant

19
Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and

20
through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

21
        1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

22
imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

23
based on a sentencing range that has subsequently been lowered by the Sentencing Commission

24
pursuant to 28 U.S.C. § 994(o);

25
        2.      On January 8, 2013, this Court sentenced Mr. Vidro-Gonzalez to a term of 70

26
months imprisonment;

27
        3.      His total offense level was 27, his criminal history category was I, and the

28
resulting guideline range was 70 to 87 months;

1    4.    The sentencing range applicable to Mr. Vidro-Gonzalez was subsequently

2    lowered by the United States Sentencing Commission in Amendment 782, made retroactive on

3    July 18, 2014, see 79 Fed. Reg. 44,973;

4    5.    Mr. Vidro-Gonzalez' total offense level has been reduced from 27 to 25, and his

5    amended guideline range is 57 to 71 months.  However, he is subject to the statutory mandatory

6    minimum of 60 months;

7    6.    Accordingly, the parties request the Court enter the order lodged herewith

8    reducing Mr. Vidro-Gonzalez' term of imprisonment to a total term of 60 months.

9    7.    In light of the parties' stipulation, the noticed motion filed May 5, 2015, is

10   withdrawn.

11   Respectfully submitted,

12   Dated:  May 15, 2015                              Dated:  May 15, 2015

13   BENJAMIN B. WAGNER                        HEATHER E. WILLIAMS
     United States Attorney                          Federal Defender
14

15    /s/ *Jason Hitt*                                 /s/ *David M. Porter*
     JASON HITT                                     DAVID M. PORTER
16   Assistant U.S. Attorney                        Assistant Federal Defender

17   Attorney for Plaintiff                           Attorney for Defendant
     UNITED STATES OF AMERICA               MARGARITO VIDRO-GONZALEZ
18

19

20                                  **ORDER**

21        This matter came before the Court on the stipulated motion of the defendant for reduction

22   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

23        The parties agree, and the Court finds, that Mr. Vidro-Gonzalez is entitled to the benefit

24   Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended

25   guideline range of 57 to 71 months.  He is subject to the statutory mandatory minimum of 60

26   months.

27        IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2013 is

28   reduced to a term of 60 months.

1    The noticed motion having been withdrawn, the hearing set for May 19, 2015, is

2    VACATED.

3        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

4    remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

5    reduction in sentence, and shall serve certified copies of the amended judgment on the United

6    States Bureau of Prisons and the United States Probation Office.

7        Unless otherwise ordered, Mr. Vidro-Gonzalez shall report to the United States Probation

8    Office within seventy-two hours after his release.

9    Dated:   May 18, 2015                    /s/ John A. Mendez_____
                                              HONORABLE JOHN A. MENDEZ
10                                            United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28