# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:11CR346 -01 |
| MARGARITO VIDRO-GONZALEZ ) | |
| ) | USM No: 66402-097 |
| Date of Original Judgment: 1/8/2013 ) | |
| Date of Previous Amended Judgment: ) | DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## CORRECTED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  60 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  1/14/2013  shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date: 5/18/2015 | /s/ John A. Mendez |
| | *Judge's signature* |
| Effective Date: 11/1/2015 | John A. Mendez, U.S. District Court Judge |
| *(if different from order date)* | *Printed name and title* |